No. 11–10147. CHRONISTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10148. COOPER, AKA LOCKHEED v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10151. FERNANDEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10157. CETERA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10168. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10176. CASTELLANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10178. SLADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10182. LUCAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10184. HERNANDEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10185. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10191. ESCOBEDO-BALERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10193. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10196. ESTRADA MURILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10211. WILLIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–168. HARRISON v. GILLESPIE. C. A. 9th Cir. Motion of Constitutional Accountability Center for leave to file a brief as *amicus curiae* granted. Certiorari denied.